092544

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

LAKEVIEW CONDOMINIUM
OWNER'S ASSOCIATION, INC.,

  Plaintiff,

                           CASE NO.:

v.

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

  Defendant.
_____/

## DEFENDANT, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY'S, NOTICE OF REMOVAL

COMES NOW, Defendant, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY (hereinafter "NATIONWIDE"), by and through the undersigned counsel, and hereby files its Notice of Removal, and states as follows:

1. NATIONWIDE is a Defendant in a civil action brought by Plaintiff, LAKEVIEW CONDOMINIUM OWNER'S ASSOCIATION, INC., in the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida (hereinafter "State Court"), which is within the geographical jurisdiction of the United States District Court for the Northern District of Florida.

2. The case brought by Plaintiff in State Court is filed under Case No. 09-03789, and styled as: *LAKEVIEW CONDOMINIUM OWNER'S ASSOCIATION, INC. V. NATIONWIDE MUTUAL FIRE INSURANCE COMPANY.* Complete copies of all

process, pleadings and orders served upon NATIONWIDE in that case are attached to this Notice of Removal, pursuant to 28 U.S.C. § 1446(a) as Composite Exhibit "A" and incorporated by reference herein.

3. At all times material hereto, Plaintiff was and is a resident of Okaloosa County, Florida.[1] Upon information and belief, Plaintiff was and is a citizen of the State of Florida at all times material to this cause.

4. At all times material hereto, NATIONWIDE was and is a foreign insurance company organized and existing under the laws of the State of Ohio, with its principal place of business in Ohio.[2] NATIONWIDE was and is a citizen of the State of Ohio at all times material to this cause.

5. Plaintiff's Complaint seeks damages against NATIONWIDE for an alleged breach of an insurance contract issued by NATIONWIDE to Plaintiff.

6. At the time of the filing of Plaintiff's Complaint, the Complaint solely averred damages exceeding $15,000.00. In response to Interrogatory number 2 of

---

[1] A copy of Plaintiff's most recent Annual Report, filed April 30, 2009, evidencing its principal place of business in Destin, Florida is attached hereto and incorporated by reference herein as **Exhibit "B."**

[2] Please see copy of Ohio Secretary of State Domestic Agent Subsequent Appointment, filed on July 20, 2007 on behalf of Nationwide Mutual Fire Insurance Company, attached hereto and incorporated by reference herein as **Exhibit "C."**

2

CASE NO.
NOTICE OF REMOVAL

NATIONWIDE's First Set of Interrogatories, with Certificate of Service dated May 21,[3] 2009, Plaintiff asserted its damages were "[u]nliquidated at this time."[4] Defendant finally received Plaintiff's Notice of Serving Amended Answer In Response to Interrogatory #2, with a Certificate of Service dated November 30, 2009, asserting Plaintiff's damages met or exceeded $168,622.97.[5] Plaintiff's claim for damages clearly evidences that the amount in controversy exceeds the $75,000.00 jurisdictional amount for diversity cases required pursuant to 28 U.S.C. §1332(a).

7. This action is a suit between citizens of different countries and/or states in which the amount in controversy exceeds the sum of $75,000.00, exclusive of interest, costs, and attorney's fees.

8. Pursuant to 28 U.S.C. §1441 *et seq.*, NATIONWIDE is entitled to remove this action because this Honorable Court has original jurisdiction based upon diversity of citizenship, as provided in 28 U.S.C. §1332.

9. NATIONWIDE was served with Plaintiff's Amended Answer In Response to Interrogatory #2 on or about November 30, 2009. As the case stated by the initial

---

[3] A copy of Defendant's First Set of Interrogatories is attached hereto and incorporated by reference herein as **Exhibit "D."**

[4] A copy of Plaintiff's Responses to NATIONWIDE'S First Set of Interrogatories is attached hereto and incorporated by reference herein as **Exhibit "E."**

[5] A copy of Plaintiff's Notice of Serving Amended Answer in Response to Interrogatory #2 is attached hereto and incorporated by reference herein as **Exhibit "F."**

CASE NO.<br>NOTICE OF REMOVAL

pleading was not removable, this amended discovery response constituted the first copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. Furthermore, this has occurred less than one year after commencement of this action. Accordingly, this Notice of Removal was timely filed within thirty (30) days from receipt of said amended discovery response, pursuant to 28 U.S.C. §1446(b).

10. Promptly after filing this Notice of Removal, NATIONWIDE gave written notice of the filing of this Notice of Removal to Plaintiff, pursuant to 28 U.S.C. §1446(d), by mailing a copy to its attorney of record: Peter M. Cardillo, Esquire, Cardillo Law Firm, 2707 West Azeele Street, Suite 100, Tampa, FL 33609.

11. Promptly after filing this Notice of Removal, NATIONWIDE also filed a copy of this Notice of Removal with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, pursuant to 28 U.S.C. §1446(d).

12. NATIONWIDE requests that the civil action filed by Plaintiff in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case No. 09-03789, and styled as: *LAKEVIEW CONDOMINIUM OWNER'S ASSOCIATION, INC. V. NATIONWIDE MUTUAL FIRE INSURANCE COMPANY*, be removed to this Honorable Court as provided by 28 U.S.C. §1441 *et seq.* and that this Honorable Court accept subject matter jurisdiction over this action.

CASE NO.
NOTICE OF REMOVAL

WHEREFORE, Defendant, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, prays that the civil action filed by Plaintiff be removed to this Honorable Court as provided by 28 U.S.C. §1441 *et seq.*, and that this Honorable Court accept subject matter jurisdiction over this action.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email and U.S. Mail on this 9th day of December, 2009, to: Peter M. Cardillo, Esquire, Cardillo Law Firm, 2707 West Azeele Street, Suite 100, Tampa, FL 33609.

By: **/ S / *Marc J. Gutterman* / S /**
Marc J. Gutterman, Esquire
Florida Bar No. 118818
CONROY, SIMBERG, GANON, *ET AL*
Counsel for NATIONWIDE
3440 Hollywood Boulevard
Second Floor
Hollywood, Florida 33021
Telephone: 954.961.1400
Facsimile: 954.967.8577
Email:mgutterman@conroysimberg.com